THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE HERMAN, et al.,
    Plaintiffs

    -vs-

COUNTY OF LAKE, et al.,
    Defendants.

No. 06 C 6888
Judge Bucklo
Magistrate Judge Cole

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
CERTAIN INDIVIDUALLY NAMED DEFENDANTS

    Now come the Plaintiffs, by their attorneys Gregory X. Gorman and James A. Stamos, and in support of their Motion for Partial Summary Judgment against Defendant Officers Ken Free, Johnny Jiminez, Wendy Dumont, Patrick Zimmerman, Clarence Kropp, Chris Dador, Anthony Grunder, Michael Rodriguez, Keith Schultz, and Aaron Tokarz, state as follows:

    1. Plaintiffs have filed an 11 Count First Amended Complaint against the County of Lake, the Lake County Metropolitan Enforcement Group, and 16 individually named agents/officer Defendants arising out of a warrantless raid and invasion of the Plaintiffs' home At 915 Yeoman St., Waukegan Illinois, and December 14, 2004.

    2. The Plaintiffs consist of three generations of a single extended family, ranging from grandchildren to grandparents. They are: George Harmon; his wife Jacqueline Harmon; their adult daughter Shavanna Smith-Durham; Shavanna's husband Jason Durham, Sr.; George and Jacqueline's sons Akilus (age 16)[1] and Darius (age 12); and the following children of Shavanna

---

[1] All ages for the children are given as of the date of the complained of incident, December 14, 2004.

and Jason, Durham Sr.: Jamese Auston (age 12); the twin boys Javell Smith and Jamell Smith (age 11); Jocqui Wardell (age 9); Jason Durham, Jr. (Age 6).

3.   This motion for Partial Summary Judgment is brought against those individual Defendant officers for whom there is no genuine issue of material fact that they were among those officers who participated in the warrantless raid of Plaintiffs' home, the arrest and seizure of the Plaintiffs, and the warrantless search of the home.  They are officers: Chris Dador, Ken Free (deceased), Wendy Dumont, Anthony Grunder, Johnny Jiminez, Clarence Kropp, Michael Rodriguez, Keith Schultz, Aaron Tokarz and Patrick Zimmerman. All of the respondent Defendant officers were acting as agents of the Lake County Metropolitan Enforcement Group at the time of the complained of activity.

4.   In connection with this motion Plaintiffs seek Summary Judgment on the following Counts of the First Amended Complaint:

<u>Count II-</u> §1983 claim for False Arrest in violation of the Fourth and Fourteenth Amendments;

<u>Count III-</u> §1983 claim for Wrongful Detention and Imprisonment without due process and in violation of the Fourteenth Amendment;

<u>Count V-</u> Claims of the minor Plaintiffs for False Arrest under State law;

<u>Count VI-</u> Claims of the minor Plaintiffs for False Imprisonment under State law;

5.   As to the above Counts there are no genuine issues of material fact negating the evidence that the Plaintiffs are entitled to judgment as a matter of law.  Plaintiffs are filing, and incorporating herewith, their Memorandum of Law in support of this motion, their Local Rule 56.1 Statement

of Material Facts in support of the motion, and their Exhibits in support of the motion. [2]

WHEREFORE, Plaintiffs respectfully pray for Summary Judgment on Counts II, III, V, VI, VIII, and IX of the First Amended Complaint against Defendants Ken Free, Chris Dador, Wendy Dumont, Anthony Grunder, Johnny Jiminez, Clarence Kropp, Michael Rodriguez, Keith Schultz, Aaron Tokarz and Patrick Zimmerman and for trial by jury on the issue of damages as to those Counts, as well as trial by jury on the remaining counts of the First Amended Complaint, and for such other and further relief as this court may deem just and appropriate.

                                                    //s// Gregory X. Gorman
                                                  One of the Attorneys for Plaintiffs

| | |
|---|---|
| Gregory X. Gorman | JAMES A. STAMOS |
| 220 S. Halsted Street | 61 W. Superior St. |
| Suite 200 | Chicago, IL 60610 |
| Chicago, IL 60661 | 312-243-1722 |
| 312-332-4240 | |

---

[2] Plaintiffs previously filed two volumes of Exhibits in connection with their combined Response and Cross-Motion to Defendant Lake County Metropolitan Enforcement Group's Motion for Summary Judgment. Plaintiffs' rely upon and incorporate by reference those two volumes herein, consisting of Exhibits A through S. Additionally, Plaintiffs' are filing Volume 3 of their Exhibits herewith, consisting of Exhibits T-V.