**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE HERMAN, et al., | ) | |
| | ) | No.  06 C 6888 |
| Plaintiffs, | ) | |
| | ) | Judge Elaine Bucklo |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| COUNTY OF LAKE, ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Gregory X. Gorman, Gorman & Gorman, 542 S. Dearborn St. Suite 1060, Chicago, IL 60605
James A. Stamos, James A. Stamos, Ltd., 61 West Superior, Chicago, IL 60610
Daniel L. Jasica, Janelle K. Christensen, Lake Co. State's Attorney's Office, 18 North County St., Waukegan, IL 60085

   **PLEASE TAKE NOTICE** that on Tuesday, March 3, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine Bucklo , or whomever may be sitting in her stead, Room 1441 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS DADOR, DUMONT, FOY, K. FREE, GRUNDER, HOBSON,  JIMENEZ, NOSBAUM, PETTORELLI (incorrectly sued as "Penorelli"), RODRIGUEZ, SULLIVAN, TOKARZ, WILLETS,  WUBBEN, and ZIMMERMAN'S MOTION TO FILE *INSTANTER* RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT.**

|  | Respectfully submitted, |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | */s/ Shirley R. Calloway*<br>SHIRLEY R. CALLOWAY<br>Assistant Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581 |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on February 25, 2009. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

      The undersigned attorney hereby certifies that on February 26, 2009 I mailed by **U. S. Mail**, first class postage prepaid, the foregoing Notice and pleadings to the following non-ECF participants: James A. Stamos, as addressed above.

      /s/ *Shirley R. Calloway*