# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 6888 | **DATE** | 12/23/2009 |
| **CASE TITLE** | Herman, et al. Vs. County of Lake, et al. | | |

**DOCKET ENTRY TEXT**

Enter order on various motions in limine and objections to exhibits as set forth below. Continued Pretrial Conference set 12/30/09 at 11:00 a.m.

■ [ For further details see text below.]    Notices mailed by Judicial staff.

**STATEMENT**

Defendants' motions in limine 2 - 5, to which plaintiffs agreed at the final pretrial conference in this matter, are granted. Plaintiff was given until this week to provide photographs referred to at the conference. Assuming he has done so, such photographs will not be excluded. Plaintiff's motion in limine to prohibit reference to a signed consent is deferred. If defendants had a legal basis for entering the house, there is a factual issue regarding whether consent was voluntarily given. Plaintiffs' motion in limine with respect to Mark Rasmussen is deferred as well. I have reviewed Rasmussen's deposition and so far as I can tell, he had no personal knowledge of the events that are at issue in this case. Therefore, it is unclear to me what he would testify to. However, if defendants choose to call him as a witness, we can discuss what his testimony would be about at that time. Plaintiff's motion in limine to exclude witnesses from the courtroom is granted. Exhibits were ruled on at the pretrial conference as follows: Plaintiff's ex. 1, to which defendant objection, was withdrawn. Defendants' objection to plaintiffs' ex. 3 is sustained. Defendants' objection to ex. 4 and 5was withdrawn. Plaintiffs were allowed to add as an exhibit their expert's c.v. I reserved ruling until trial on defendants' exhibits 8 - 10. It appears that at most only the signature would be at issue and thus probably only the signature page would be admitted. I have reserved ruling as well on defendants' ex. 8, (the consent to search form) as noted above. In reviewing the materials in connection with plaintiffs' motion in limine with respect to consent, I have several questions about the evidence in this case about which I would like to talk to counsel in advance of trial. Accordingly, counsel familiar with the depositions and evidence in the case are requested to appear for a conference on December 30 at 11:00 a.m

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|