THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE HERMAN, et al.,
    Plaintiffs

-vs-

COUNTY OF LAKE, et al.,
    Defendants.

No. 06 C 6888
Judge Bucklo

## AGREED MOTION TO VACATE JUDGMENT AND FOR OTHER RELIEF

Now come the Plaintiffs, by their attorneys Gregory X. Gorman and James A. Stamos, and in support of their Motion to Vacate Judgment and for Other Relief, state as follows:

1.) The parties (all Plaintiffs and all Defendants) have reached a settlement compromise as to all of Plaintiffs' claims against the Defendants), subject to approval of this court, and move the court to vacate the Judgment Order entered on the jury verdict by this Court on January 15, 2010, to approve the settlement as to the minor Plaintiffs to the case, and to dismiss the case with prejudice in accordance with the terms of the settlement agreement between the parties.

### I. Motion to Vacate the Judgement

1.) On January 15, 2010 this court entered judgment on the jury verdict in favor of all Plaintiffs against the following defendants: Johnny Jiminez, Wendy Dumont, Patrick Zimmerman, Clarence Kropp, Michael Rodriguez, Aaron Tokarz amd Anthony Grunder.

2.) The parties have reached an agreed settlement of the verdicts and judgments (subject to the approval of this court as will be described hereinafter). As a part of the agreed settlement all Plaintiffs (minor and adult) agree to vacate the judgment entered against the above named

Defendants, *nunc pro tunc*, January 15, 2010..

## II. Motion to Approve Settlement as to Minor Plaintiffs.

3.) The minor Plaintiffs received the following awards by jury verdict which were entered as judgments in their favor and against the Defendants on January 14, 2010 as follows.

| | |
|---|---|
| A. Akilus Harmon | $25,000 compensatory damages<br>10,000 punitive damages against Zimmerman |
| B. Darius Harmon | $45,000 compensatory damages<br>10,000 punitive damages against Zimmerman |
| C. Jason Durham, Jr. | $35,000 compensatory damages<br>10,000 punitive damages against Dumont<br>10,000 punitive damages against Zimmerman |
| D. Jamese Auston | $45,000 compensatory damages<br>10,000, punitive damages against Zimmerman |
| E. Javell Smith | $20,000 compensatory damages<br>10,000 punitive damages against Dumont<br>10,000 punitive damages against Zimmerman |
| F. Jamell Smith | $30,000 compensatory damages<br>10,000 punitive damages against Zimmerman |
| G. Jocqui Wordell | $20,000 compensatory damages<br>10,000 punitive damages against Dumont<br>10,000 punitive damages against Zimmerman. |

4. The parties have agreed to the following in settlement of these minors' judgments:

a.) The $10,000 punitive damage awards against Defendant Patrick Zimmermann will be waived. [1]

b. ) All attorneys fees and costs will be paid by the Illinois State Police by March 10, 2010, in accordance with the proposed settlement agreement and there will be no deduction for

---

[1] Under the terms of the proposed settlement agreement the adult Plaintiffs similarly waive $10,000 in punitive damage awards and judgments they received against Zimmerman as well.

attorneys fees or costs from the proceeds payable to the minors (or adults).

c.) all payments to both the children and adults under the settlement agreement will be paid no later than March 10, 2010.[2]

d.) the remainder of the judgment amounts entered in favor of the Plaintiffs (both minor and adult) shall be treated as compensatory damages for purpose of settlement between the parties.

5. Local Rule 17.1 requires court approval of any proposed settlement of an action brought by or on behalf of an infant or incompetent.

6. The terms of this proposed settlement have been discussed with both the minor Plaintiffs and their parents, all of whom are in agreement with the terms, and agree that this is the best course for them at this time. The parties believe, and ask the court to find, that the proposed settlement is fair, reasonable and in the best interests of the minor Plaintiffs.

### III. Motion to Voluntarily Dismiss

7. As a further condition of the settlement agreement between the parties, Plaintiffs agree to voluntarily dismiss the lawsuit, *nunc pro tunc,* January 15, 2010, with prejudice and with costs payable by Defendants in an amount which has been agreed to among the parties in their proposed settlement agreement.

8. A proposed Draft Order is attached as Exhibit A.

WHEREFORE, by agreement of the parties, Plaintiffs pray as follows:

1.) That the judgments entered against the Defendants Johnny Jiminez, Wendy Dumont,

---

[2] The parties jointly agree that the payment deadline of March 10, 2000 should be made a part of the order approving the settlement agreement to ensure timely payment of the settlement amounts.

Patrick Zimmerman, Clarence Kropp, Michael Rodriguez, Aaron Tokarz and Anthony Grunder, be vacated *nunc pro tunc* January 15, 2010;

2.) That the proposed settlement agreement, including the agreement as to the minor Plaintiffs be approved, with all payments thereunder to be paid no later than March 10, 2010, and that the court find the minors' settlements be fair, reasonable, and entered into in good faith;

3.) That the lawsuit be dismissed, with prejudice, and with costs as agreed between the parties, *nunc pro tunc* January 15, 2010;

4.) For such other and further relief as this court deems appropriate and just.

//s// Gregory X. Gorman
One of the Attorneys for Plaintiffs

Gregory X. Gorman
220 S. Halsted Street
Suite 200
Chicago, IL 60661
312-332-4240

JAMES A. STAMOS
6800 S. Bennett Ave.
Chicago, IL 60649
312-719-5860

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE HERMAN, et al.,
    Plaintiffs

-vs-

COUNTY OF LAKE, et al.,
    Defendants.

No. 06 C 6888
Judge Bucklo
Magistrate Judge Cole

AGREED PROPOSED ORDER

As per the parties Agreed Motion to Vacate the Judgement entered by this court on January 15, 1010, pursuant to the jury verdict in this case, IT IS HEREBY ORDERED:

The judgments entered in favor of all Plaintiffs against Defendants Johhny Jiminez, Wendy Dumont, Patrick Zimmerman, Clarence Kropp, Michael Rodriguez, Aaron Tokarz and Anthony Grunder are vacated and set aside, *nunc pro tunc*, January 15, 2010.

The court finds the settlement agreement between the minor parties and the defendants to be fair, reasonable and in good faith, pursuant to 740 ILCS 100/2, Local Rule 17.1 and the Federal Common Law Settlement Bar Rule. All monies due under the settlement agreement to be paid by the Illinois State Police no later than March 10, 2010.

The lawsuit is voluntarily dismissed with prejudice, *nunc pro tunc*, January 15, 2010 with attorneys fees and costs payable as per the settlement agreement between the parties.

**Exhibit A**